ORIGINAL

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Chief, Civil Division
3  GARY PLESSMAN
   Chief, Civil Fraud Section
4  CATHY J. OSTILLER, CSBN 174582
   Assistant United States Attorneys
5      Room 7516, Federal Building
       300 North Los Angeles Street
6      Los Angeles, California  90012
       Telephone: (213) 894-6159
7      Facsimile: (213) 894-5139
       E-mail:   cathy.ostiller@usdoj.gov
8
   Attorneys for the
9  United States of America

FILED
CLERK U.S. DISTRICT COURT
MAR 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6    X
JS-2/JS-3
Scan Only

2010 MAR 10 PM 3:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES of AMERICA EX REL. )  NO. CV 09-7157 SVW (SSx)
[UNDER SEAL],                    )
                                 )  [PROPOSED] ORDER TO UNSEAL
       Plaintiff,                )  ACTION AND TO DISMISS WITHOUT
                                 )  PREJUDICE
       v.                        )
                                 )  [LODGED UNDER SEAL pursuant to
[UNDER SEAL],                    )  the False Claims Act,
                                 )  31 U.S.C. § 3730(b)(2) and (3)]
       Defendants.               )
                                 )  [FILED CONCURRENTLY HEREWITH:
                                 )  UNITED STATES' NOTICE OF
                                 )  CONSENT TO DISMISSAL WITHOUT
                                 )  PREJUDICE]

```
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
GARY PLESSMAN
Chief, Civil Fraud Section
CATHY J. OSTILLER, CSBN 174582
Assistant United States Attorneys
      Room 7516, Federal Building
      300 North Los Angeles Street
      Los Angeles, California  90012
      Telephone: (213) 894-6159
      Facsimile: (213) 894-5139
      E-mail:    cathy.ostiller@usdoj.gov

Attorneys for the
United States of America
```

FILED
CLERK U.S. DISTRICT COURT
MAR 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✗
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA EX REL. [UNDER SEAL], <br><br> Plaintiff, <br><br> v. <br><br> [UNDER SEAL], <br><br> Defendants. | NO. CV 09-7157 SVW (SSx) <br><br> [PROPOSED] ORDER TO UNSEAL ACTION AND TO DISMISS WITHOUT PREJUDICE <br><br> [LODGED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (3)] <br><br> [FILED CONCURRENTLY HEREWITH: UNITED STATES' NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE] |

```
 1 │ ANDRÉ BIROTTE JR.
   │ United States Attorney
 2 │ LEON W. WEIDMAN
   │ Chief, Civil Division
 3 │ GARY PLESSMAN
   │ Chief, Civil Fraud Section
 4 │ CATHY J. OSTILLER, CSBN 174582
   │ Assistant United States Attorneys
 5 │      Room 7516, Federal Building
   │      300 North Los Angeles Street
 6 │      Los Angeles, California  90012
   │      Telephone: (213) 894-6159
 7 │      Facsimile: (213) 894-5139
   │      E-mail:    cathy.ostiller@usdoj.gov
 8 │
   │ Attorneys for the
 9 │ United States of America
10 │
11 │                UNITED STATES DISTRICT COURT
12 │                CENTRAL DISTRICT OF CALIFORNIA
13 │                      WESTERN DIVISION
14 │
   │ UNITED STATES OF AMERICA EX REL.) NO. CV 09-7157 SVW (SSx)
15 │ DEAN FRANCIS PACE,              )
   │                                 ) [PROPOSED] ORDER TO UNSEAL
16 │      Plaintiff,                 ) ACTION AND TO DISMISS WITHOUT
   │                                 ) PREJUDICE
17 │      v.                         )
   │                                 ) [LODGED UNDER SEAL pursuant to
18 │ BANK OF AMERICA NA, CHASE HOME  ) the False Claims Act,
   │ FINANCE LLC, CITIMORTGAGE INC., ) 31 U.S.C. § 3730(b)(2) and (3)]
19 │ COUNTRYWIDE HOME LOANS INC.,    )
   │ FIRST HORIZON HOME LOAN         ) [FILED CONCURRENTLY HEREWITH:
20 │ CORPORATION, GMAC MORTGAGE      ) UNITED STATES' NOTICE OF
   │ CORPORATION, IRWIN MORTGAGE     ) CONSENT TO DISMISSAL WITHOUT
21 │ CORPORATION, NATIONAL CITY      ) PREJUDICE]
   │ MORTGAGE INC., SUNTRUST MORTGAGE)
22 │ INC., WASHINGTON MUTUAL BANK FA,)
   │ WELLS FARGO BANK NA,            )
23 │                                 )
   │      Defendants.                )
24 │                                 )
   │                                 )
25 │ _____)
26 │
27 │
28 │
```

## ORDER

For good cause shown, IT IS HEREBY ORDERED that:

1. The Complaint for Violation of False Claims Act, 31 U.S.C. § 3729 Et Seq., the Notice of Dismissal Without Prejudice By CoPlaintiff Relator Pursuant to Rule 41(a)(1) FRCP, the United States' Notice of Consent to Dismissal Without Prejudice, and this Order shall be unsealed.

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants or any other person.

3. Pursuant to 31 U.S.C. § 3730(b)(1), this action shall be dismissed without prejudice as to the relator Dean Francis Pace and as to the United States of America.

IT IS SO ORDERED this 11 day of March, 2010.

_____
United States District Judge

STEPHEN V. WILSON

Respectfully submitted by:

ANDRÉ BIROTTE JR.
United States Attorney

_____
CATHY J. OSTILLER
Assistant United States Attorney
Attorneys for the United States of America

2

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516 Los Angeles, California 90012.

On March 10, 2010, I served **[PROPOSED] ORDER TO UNSEAL ACTION AND TO DISMISS WITHOUT PREJUDICE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: March 10, 2010.

Place of mailing: Los Angeles, California.

Person(s) and/or Entity(ies) To Whom Mailed:

> M. Jan Akre
> Anderson & Anderson LLP
> 350 South Grand Avenue
> Suite 1520
> Los Angeles, CA 90071-3471

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: March 10, 2010 at Los Angeles, California.

_____
ANGELA M. FIORE